

## WINSTON | BERGERON
### L A W   F I R M

**Sam H. Winston**
Founding Partner
*sam@winstonbergeron.com*

**Andrew A. Maberry**
Associate Attorney
*andy@winstonbergeron.com*

**Evan J. Bergeron**
Managing Partner
*evan@winstonbergeron.com*

March 13, 2026

**<u>Via CM-ECF Electronic Filing</u>**
Mr. Lyle W. Cayce, Clerk of Court
United States Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130

Re:    *Greater Guide, Incorporated, doing business as American Service Pets v. SAPS, L.L.C.,*
*doing business as US Service Animals; Prevent ESA Fraud, Incorporated;*
*Prevent ESA Fraud; Dominick Latino, III*
United States Court of Appeals, Fifth Circuit No. 25-30677
On Appeal from United States District Court, Eastern District of Louisiana
No. 2:25-cv-00428, *Appellant's Unopposed Request for 30-Day Extension of Time*

Dear Mr. Cayce:

This letter is to request a 30-day level-1 extension of time in which to file the Original Appellant Brief on behalf of the Appellant Greater Guide, Incorporated, doing business as American Service Pets ("Greater Guide") in the above-referenced case.

Undersigned counsel was retained as lead appellate counsel on behalf of Greater Guide for its appeal in this matter on November 10, 2025.

On February 4, 2026, this Honorable Court issued the briefing schedule setting the current deadline for Greater Guide's original appellant brief for March 16, 2026.

Undersigned counsel has been diligently preparing Greater Guide's original brief and has identified certain areas that require careful framing before addressing the substantive argument. The issues at hand concern competing standards recognized in different circuits. As such, undersigned counsel requires additional time to comprehensively research and fully brief Greater Guide's issues on appeal.

For purposes of properly preserving Greater Guide's appellate rights, legal clarity, and overall judicial efficiency, an extension is warranted under these circumstances. As such, undersigned counsel requests an extension of 30 days to be on or after April 15, 2026.

This is undersigned counsel's first request for an extension of time. Undersigned counsel has reached out to Mr. Scott Sternberg, counsel for the Appellees, SAPS, L.L.C., doing business as US Service Animals, Prevent ESA Fraud, Incorporated, Prevent ESA Fraud, and Dominick Latino, III, who does not oppose this request for an extension of 30 days.

Should you have any questions or concerns, please do not hesitate to contact my office.

With kindest regards, I remain

Very truly yours,

/s/ *Evan J. Bergeron*

Evan J. Bergeron